7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Tamara Kay Caraker
*Debtor*

*Bankruptcy Case No.*
15−20574−drd7

**Discover Bank**
   Plaintiff(s)

*Adversary Case No.*
15−02016−drd

v.

**Tamara Kay Caraker**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: The debt due and owing by Defendant to Discover is nondischargeable pursuant to 11 U.S.C. Section 523(a) of the United States Bankruptcy Code in the amount of $1,000.00. Defendant agrees to pay a lump sum of $1,000.00 to Discover by February 15, 2016. Payment should be made payable to Discover Bank and sent to: Martin Leigh PC, 1044 Main Street, Suite 900, Kansas City, MO 64105. The remainder of Discovers pre−petition claim shall be dischargeable in case no. 15−20574.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 2/1/16

Court to serve